ORDERED.

**Dated:  July 16, 2018**

_Roberta A. Colton_
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | Case No.  8:17-bk-02503-RCT |
| Robert Keith Baird and ) | Chapter 13 |
| Sandra Jean Baird, ) | |
| ) | |
| Debtor(s).* ) | |
| ) | |

**ORDER APPROVING PERMANENT LOAN**
**MODIFICATION OF DEBTOR'S REAL ESTATE MORTGAGE**
**(2804 Clover Dew Court, Valrico, FL 33596; Loan #xxxx9184)**

This case was considered on the Debtor's Motion for Approval of Permanent Mortgage Modification Mediation Agreement and Request for Attorney's Fee (Doc. 44) (the "Motion"), under the negative notice provisions of Local Rule 2002-4.  In the absence of any objection, the Motion is deemed uncontested.  And so it is

**ORDERED:**

1. The Motion (Doc. 44) is GRANTED, in part.

---

* All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

2.  The Debtor is authorized to proceed with modification of the mortgage on the real property located in Hillsborough County, Florida, commonly known as **2804 Clover Dew Court, Valrico, FL 33596**.

3.  Debtor is authorized to take any and all necessary actions to effectuate the terms of the agreement with Wells Fargo Home Mortgage/BSI Financial Services (the "Lender"). The Lender is ordered to comply with the terms of the agreement.

4.  Debtor shall provide the chapter 13 trustee copies of the modification documents within ten (10) days of finalization of the mortgage modification.

5.  The modification agreement shall not modify the Lender's obligations under Rule 3002.1 of the Federal Rules of the Bankruptcy Procedure.

6.  During the pendency of this case, payments to the Lender will be made by the chapter 13 trustee.

7.  Any timely payment made by Debtor to the chapter 13 trustee shall constitute a timely payment made to the Lender.

8.  The modification agreement shall be recorded in the public records of the appropriate county. Recordation shall be by the Debtor, unless the parties agree otherwise.

9.  Counsel's request for additional attorney's fees is denied because the fees awarded for Mortgage Modification Mediation include compensation for services rendered in connection with related motions.

Attorney Christie D Arkovich is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.